# Court of Appeals
# of the State of Georgia

ATLANTA,  May 07, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0430. KENNETH CLAY v. TACO BELL, ET. SEQ.**

Kenneth Clay filed this application for discretionary appeal seeking to appeal the dismissal of his complaint. Although the application includes a copy of the order sought to be appealed, it does not contain a stamped "filed" copy of the order as required by Court of Appeals Rule 31 (c). On April 12, 2019, this Court ordered Clay to supplement his application with a stamped "filed" copy of the order sought to be appealed within 10 days or the application would be dismissed. No stamped "filed" order has been filed within the time allowed. Therefore, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/07/2019*
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , Clerk.